UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x   Docket No. 11-cv-5655
THE AMERICAN AUTOMOBILE                        SPATT, J.
ASSOCIATION, INC.,                             TOMLINSON, M.J.

               Plaintiff,

     - against -                             FEDERAL RULE OF
                                                     CIVIL PROCEDURE
                                                     7.1 CORPORATE
C&R AUTOMOTIVE, INC. d/b/a                     DISCLOSURE STATEMENT
AAA-1 TOWING and MICHAEL
SCHMELTZER, an individual,

               Defendants.
-------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendants, C&R AUTOMOTIVE, INC. d/b/a AAA-1 TOWING and MICHAEL SCHMELTZER, an individual, by their counsel, VICTOR A. CARR, ESQ., certify that C&R AUTOMOTIVE, INC. is a Business Corporation duly organized and existing under the laws of the State of New York, with its principal place of business in Nassau County, New York, and that C&R AUTOMOTIVE, INC. does not have a parent corporation and that there is no publicly held corporation that owns stock in C&R AUTOMOTIVE, INC.

DATED:    Westbury, New York
                December 30, 2011

                                                          **VICTOR A. CARR, ESQ.**

                                                          _____
                                                          Attorney for Defendants
                                                          32 Audrey Road
                                                          Westbury, New York 11590
                                                          Tele:    (516) 342-0931
                                                          Fax:    (516) 992-8059
                                                          Email:  vicarr1@aol.com