UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------ x

THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,

          Plaintiff,

v.

C&R AUTOMOTIVE, INC. d/b/a AAA-1 TOWING and MICHAEL SCHMELTZER, an individual,

          Defendants.

------------------------------------ x

11 Civ. 5655

**JOINT MOTION REQUESTING ADJOURNMENT OF DISCOVERY CONFERENCE**

**ECF CASE**

      Plaintiff, The American Automobile Association, Inc. ("AAA") and Defendants C&R Automotive, Inc. d/b/a AAA-1 Towing and Michael Schmeltzer ("Defendants") jointly move this Court to adjourn the discovery conference scheduled for Wednesday, January 25, 2012 at 10 a.m.

      There have been no previous requests for adjournment. Defendants previously requested and Plaintiff agreed to a thirty (30) day extension of time for Defendants to respond to the Complaint. That request was granted.

      Adjournment is necessary because the parties are close to reaching a settlement of this matter and expect to have the settlement finalized by February 1, 2012. The parties jointly

agree to this motion to request adjournment in order to finalize the details of the settlement. The parties will immediately inform the Court if either: (i) a settlement is reached or (ii) the settlement negotiations prove unsuccessful and the conference thus needs to be rescheduled.

January 23, 2012                     By: /s/ Gretchen Hoff Varner
                                     Gretchen Hoff Varner
                                     COVINGTON & BURLING LLP
                                     The New York Times Building
                                     620 Eighth Avenue
                                     New York, NY 10018-1405
                                     Telephone: (212) 841-1000
                                     Facsimile: (646) 441-9176
                                     ghoffvarner@cov.com
                                     *Attorney for Plaintiff The American Automobile Association, Inc.*

                                     Neil K. Roman
                                     Peter D. Saharko
                                     COVINGTON & BURLING LLP
                                     1201 Pennsylvania Avenue, N.W.
                                     Washington, D.C. 20004-2401
                                     Telephone: (202) 662-6000
                                     *Attorneys for Plaintiff The American Automobile Association, Inc.*

January 23, 2012                     By: s/Victor A. Carr/PS

                                     Victor A. Carr, Esq.
                                     32 Audrey Road
                                     Westbury, NY 11590
                                     Telephone: (516) 652-7624
                                     Facsimile: (516) 992-8059
                                     vicarr1@aol.com
                                     *Attorney for Defendants C&R Automotive, Inc. d/b/a AAA-1 Towing, Michael Schmeltzer*